IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

STANLEY WOODSON,                                                           PLAINTIFF

V.                                                                  NO. 4:05CV210-P-D

LAWRENCE KELLY, ET AL,                                                  DEFENDANTS

## FINAL JUDGMENT

In accordance with the opinion issued this day, the instant cause is **dismissed** with prejudice for failure to state a claim upon which relief could be granted.

**IT IS SO ORDERED.**

THIS the 13th day of September, 2005.

/s/ W. Allen Pepper, Jr.
W. ALLEN PEPPER, JR.
UNITED STATES DISTRICT JUDGE